| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) FERGUSON, KATHRYN C. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 05/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES BANKRUPTCY COURT JUDGE - FULL TIME | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address  CLARKSON S. FISHER FEDERAL BUILDING 402 EAST STATE STREET TRENTON, NJ 08608 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | APRIL 7, 2014 & APRIL 8, 2014 | KANSAS CITY, MO | JUDGES' ASSOCIATION ANNUAL MEETING | TRANSPORTATION, LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 2. BMO INTERMEDIATE TAX FREE FUND CLASS Y (MITFX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 3. | | | | | Sold (part) | 10/15/14 | J | A | |
| 4. DELAWARE TAX FREE USA INTERMEDIATE FUND CLASS A (DMUSX) | A | Dividend | J | T | Buy (add'l) | 01/03/14 | J | | |
| 5. | | | | | Sold (part) | 05/30/14 | J | A | |
| 6. | | | | | Sold (part) | 10/15/14 | J | A | |
| 7. DODGE & COX STOCK FUND (DODGX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 8. | | | | | Sold (part) | 10/15/14 | J | A | |
| 9. EATON VANCE FLOATING RATE FUND (EABLX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 10. | | | | | Sold (part) | 10/15/14 | J | A | |
| 11. EUROPACIFIC GROWTH FUND CLASS F-1 (AEGFX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 12. | | | | | Sold (part) | 10/15/14 | J | A | |
| 13. GOLDMAN SACHS SHORT DURATION TAX FREE FUND CLASS A (GSDTX) | A | Dividend | J | T | Buy (add'l) | 01/03/14 | J | | |
| 14. | | | | | Sold (part) | 05/30/14 | J | A | |
| 15. | | | | | Sold (part) | 10/15/14 | J | A | |
| 16. JP MORGAN SHORT - INTERMEDIATE MUNI BOND FUND CLASS A (OSTAX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold (part) | 10/15/14 | J | A | |
| 18. WESTERN ASSET NEW JERSEY MUNI FUND CLASS A (SHNJX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 19. | | | | | Sold (part) | 10/15/14 | J | A | |
| 20. T ROWE PRICE GROWTH STOCK (PRGFX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 21. | | | | | Sold (part) | 10/15/14 | J | A | |
| 22. T ROWE PRICE EMERGING MARKETS BOND FUND (PREMX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 23. | | | | | Sold (part) | 10/15/14 | J | A | |
| 24. VANGUARD SPECIALIZED PORTFOLIOS DIVIDEND (VIG) APPRECIATION INDEX | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 25. | | | | | Sold (part) | 10/15/14 | J | A | |
| 26. VANGUARD INTERNATIONAL EQUITY INDEX FDS FTSE (VWO) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 27. | | | | | Sold (part) | 10/15/14 | J | A | |
| 28. VANGUARD SHORT TERM TAX EXEMPT BOND FUND (VWSTX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 29. | | | | | Sold (part) | 10/15/14 | J | A | |
| 30. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND INVESTOR CLASS (VWITX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 31. | | | | | Sold (part) | 10/15/14 | J | A | |
| 32. VANGUARD 500 INDEX FUND INVESTOR SHARES (VFINX) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. | | | | | Sold (part) | 10/15/14 | J | A | |
| 34. VANGUARD INDEX FDS VANGUARD MID-CAP ETF (VO) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 35. | | | | | Sold (part) | 10/15/14 | J | A | |
| 36. VANGUARD INDEX FDS VANGUARD SMALL-CAP ETF (VB) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 05/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KATHRYN C. FERGUSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544